**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENSYLVANIA**

```
IN RE:                           : BR NO. 16-13831
JOHN QUINN                       :
        Debtor.                  : Chapter 13
```

**CERTIFICATE OF SERVICE**

I, Timothy Zearfoss, Esquire, hereby certify that a true and correct copy of the Order dismissing debtor's case and setting deadline for applications for allowance of administrative expenses was served July 27, 2017 by First Class, U.S. Mail and/or e-filing upon the Chapter 13 trustee, the US Trustee, all known creditors, and the debtor.

Date: 7/27/17                    /s/Timothy Zearfoss_____
                                 Timothy Zearfoss, Esquire